UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cheryl Smith,

    Plaintiff,

v.                                                       Case No. 05-72789

Aluminum Blanking Co., Inc.,          Honorable Sean F. Cox

    Defendant.
_____/

**OPINION & ORDER
DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

Plaintiff filed this action on July 15, 2005, claiming that her former employer terminated her in retaliation for taking leave under the Family and Medical Leave Act, 29 U.S.C. §2601 *et seq*. On September 11, 2007, Defendant filed a Motion for Summary Judgment. After full briefing by the parties and oral argument, the Court denied Defendant's motion in an Opinion & Order dated February 13, 2007. On February 27, 2007, Defendant filed a Motion for Reconsideration pursuant to Rule 7.1(g) of the Local Rules for the United States District Court, Eastern District of Michigan. For the reasons set forth below, Defendant's Motion for Reconsideration shall be DENIED.

Local Rule 7.1(g) provides that a motion for reconsideration should only be granted if the movant demonstrates that the Court and the parties have been misled by a palpable defect and that a different disposition of the case must result from a correction of such a palpable defect. L.R. 7.1(g). Local Rule 7.1(g) further provides that "the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either

expressly or by reasonable implication."

Defendant's motion fails to meet these requirements. The arguments presented in Defendant's motion are the same arguments it presented in its Motion for Summary Judgment and briefs in support of same. The Court has already considered, and rejected, those arguments.

Accordingly, **IT IS ORDERED** that Defendant's Motion for Reconsideration is **DENIED.**

        s/Sean F. Cox  
        Sean F. Cox  
        United States District Judge

Dated: March 7, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2007, by electronic and/or ordinary mail.

        s/Jennifer Hernandez  
        Case Manager